1
2
3
4
5
6
7
8                         IN THE UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10  LERON WILLIAMS,
11           Petitioner,                    No. CIV S-08-2034 JAM EFB P
12       vs.
13  M. S. EVANS, Warden,
14           Respondent.                    ORDER
15  _____/
16       Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C.
17  § 2254.  He has paid the $5.00 filing fee.  *See* 28 U.S.C. § 1914(a).
18       Petitioner challenges a conviction in the Fresno County Superior Court.  Therefore, this
19  action should have been commenced in the district court in Fresno.  Local Rule 3-120(d).
20       Accordingly, it is hereby ordered that:
21       1. This action is transferred to the district court in Fresno.  *See* Local Rule 3-120(f).
22       2. The Clerk of Court shall assign a new case number.
23  ////
24  ////
25  ////
26  ////

1

1    3. All future filings shall bear the new case number and shall be filed at:

2        United States District Court
          Eastern District of California
3        2500 Tulare Street
          Fresno, CA 93721

5   Dated: October 22, 2008.

                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE